Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SEPHORA WATKINS, )<br><br>Defendant. ) | No. CR15-53RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER having come before this Court on Defendant Sephora Watkins' Motion for Early Termination of Supervised Release, and being fully advised in the premises, and finding good cause, now therefore

IT IS ORDERED that Defendant Sephora Watkins' Motion for Early Termination of Supervised Release (Dkt. #387) is GRANTED and her term of supervised release is terminated effective immediately.

DATED this 31st day of January, 2019.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED
RELEASE
CR15-53RAJ (US v. Watkins)
Page 1 of 1

LAW OFFICE OF AMY MUTH, PLLC
1000 Second Avenue, Suite 3140
Seattle, WA 98104
(206) 682-3053